

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. G. AND K. G., CHILDREN, | § | No. 08-21-00162-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2020DCM4548) |
| | § | |

**O R D E R**

The Court GRANTS Muriel Montrose's request for an extension of time within which to file the Reporter's Record until **October 11, 2021.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Muriel Montrose, Official Court Reporter for the 65th Associate Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before October 11, 2021.

IT IS SO ORDERED this 30th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment